# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

SHEET METAL WORKERS LOCAL 265 )
WELFARE FUND, *et al.*, )
        )
                Plaintiffs, )    CIVIL ACTION
        )
        vs. )    NO. 07 C 1903
        )
ABBOTT AND ASSOCIATES INSTALLERS, )    JUDGE MARVIN E. ASPEN
INC., a corporation, )
        )
                Defendant. )

## MOTION FOR ENTRY OF JUDGMENT

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on May 8, 2007, request this Court enter judgment against Defendant, ABBOTT AND ASSOCI-ATES INSTALLERS, INC. In support of that Motion, Plaintiffs state:

1. On May 8, 2007, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to turn over its monthly fringe benefit contribution reports for the time period February 2007 through the present date within 14 days of the entry of said Order. The Court also entered an order that judgment would be entered after Defendant submitted the required contribution reports.

2. On or about June 12, 2007, Defendant submitted its delinquent fringe benefit contribution reports for February 2007 and March 2007. These reports indicate Defendant is delinquent in the submission of contributions for the stated months in the amounts set forth below:

|                        | Contributions |
|------------------------|---------------|
| Welfare Fund           | $59,867.21    |
| Pension Fund           | $32,675.42    |
| Supplemental Retirement| $31,580.63    |
| Educational Fund       | $ 5,389.76    |
| Industry Fund          | $ 1,347.44    |
| Savings Fund           | $ 6,737.20    |

(See Affidavit of Scott P. Wille)

3.     Additionally, the following amounts are due for liquidated damages:

|                        | Liquidated Damages |
|------------------------|--------------------|
| Welfare Fund           | $5,986.72          |
| Pension Fund           | $3,267.54          |
| Supplemental Retirement| $3,158.06          |
| Educational Fund       | $ 538.98           |
| Industry Fund          | $ 134.74           |
| Savings Fund           | $ 673.72           |

(Wille Aff. Par. 5). Copies of the fringe benefit contribution reports for February 2007 and March 2007 are attached hereto.

4.     In addition, Plaintiffs' firm has expended the total amount of $35.00 in attorneys' fees in this matter. (See Affidavit of Catherine M. Chapman).

5.     Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $151,392.42.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $151,392.42.

/s/   Jennifer L. Dunitz-Geiringer

Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Abbott & Associates\#20056\motion for entry of judgment.jdg.df.wpd

## <u>CERTIFICATE OF SERVICE</u>

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 12th day of July 2007:

                Ms. Leslie E. Abbott, Registered Agent
                Abbott and Associates Installers, Inc.
                7 N Circle Avenue
                Bloomingdale, IL   60108-1194


                      /s/   Jennifer L. Dunitz-Geiringer


Jennifer L. Dunitz-Geiringer
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6237001
Telephone: (312) 236-4316
Facsimile: (312) 236-0241
E-Mail: jdunitz.geiringer@baumsigman.com

I:\265J\Abbott & Associates\#20056\motion for entry of judgment.jdg.df.wpd